UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Theodore J. Tedesco                      : Chapter 13

                                                                                                                        : Bky. No. 18-13954- jkf

## Certificate of Service

    I, Priscilla Conley, paralegal to Lawrence S Rubin, attorney for debtor, do hereby certify that a true and correct copy of the foregoing Application for Compensation has been, this June 15, 2018, served upon the following parties in the manner indicated:

By regular mail: all matrix list creditors and the debtor

By the court's ECF system:

Frederick Reigle, Chapter 13 Trustee
P.O. Box 680
Memphis, TN 38101-0680

U.S. Trustee

                                                 s/ *Priscilla Conley*
                                                 Priscilla Conley
                                                 Paralegal to Lawrence S.  Rubin, Atty.
                                                 Attorney for the debtor
                                                 337 W State Street
                                                 Media, PA 19063-2615
                                                 (610) 565-6660
                                                 Fax: (610) 565-1912

Date:    June 15, 2018

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com